# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHRISTINE TUFTS

VERSUS

AIG PROPERTY CASUALTY
COMPANY AND TRISTAN AVANT

NO.   2020 CW 0976

**DECEMBER 21, 2021**

In Re:   Tristan Avant and AIG Property Casualty Company,
applying for supervisory writs, 19th Judicial District
Court, Parish of East Baton Rouge, No. 696377.

BEFORE:   **WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.**

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
  DEPUTY CLERK OF COURT
     FOR THE COURT